**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 22 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROSCOE CHAMBERS, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> TIM LASKE; et al., <br><br> Defendants-Appellees. | No. 18-55946 <br><br> D.C. No. 2:18-cv-03470-MWF-KES <br><br> MEMORANDUM[*] |

Appeal from the United States District Court
for the Central District of California
Michael W. Fitzgerald, District Judge, Presiding

Submitted February 19, 2019[**]

Before:    FERNANDEZ, SILVERMAN, and WATFORD, Circuit Judges.

Roscoe Chambers, a federal prisoner, appeals pro se from the district court's

judgment dismissing his action alleging due process claims under the Federal Tort

Claims Act.  We have jurisdiction under 28 U.S.C. § 1291.  We review de novo a

dismissal under 42 U.S.C. § 1915(e)(2)(B)(ii).  *Barren v. Harrington*, 152 F.3d

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

1193, 1194 (9th Cir. 1998) (order). We affirm.

The district court properly dismissed Chambers's action because Chambers failed to allege facts sufficient to state any cognizable claim for relief. *See Hebbe v. Pliler*, 627 F.3d 338, 341-42 (9th Cir. 2010) (although pro se pleadings are to be liberally construed, a plaintiff must still present factual allegations sufficient to state a plausible claim for relief); *Portman v. County of Santa Clara*, 995 F.2d 898, 904 (9th Cir. 1993) (elements of procedural due process claim).

**AFFIRMED.**

18-55946